## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Maximino Peiz

Debtor(s)

CHAPTER 13

BKY. NO. 25-10390 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
18 Jul 2025, 12:34:44, EDT

Denise Carlon, Esq. (317226)       ☑
Matthew Fissel, Esq. (314567)      ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com