IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **25-10390** |
| **Maximino Peiz** | : | |
|     **Debtor** | : | Chapter **13** |
| | : | |
| | : | Related to Document No. |
| **Maximino Peiz** | : | |
|     Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Kevin M. Monahan__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: /s/ Kevin M. Monahan
    Signature
**Kevin M. Monahan**
    Typed Name
**300 State Street**
**Suite 300**
**Erie, PA 16507**
    Address
**(814) 456-5301 Fax:(814) 456-1112**
    Phone No.
**PA 41246 PA**
    List Bar I.D. and State of Admission