**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Case No.  25-10390-JCM |
| | ) | |
| MAXIMINO PEIZ | ) | Chapter 13 |
|       Debtor | ) | |
| | ) | |
| MAXIMINO PEIZ, | ) | |
|       Movant | ) | Related Document No.: 23 & 24 |
| | ) | |
|     v. | ) | |
| | ) | |
| ERIE INDEMNITY COMPANY | ) | |

**CERTIFICATE OF SERVICE**

I, Kevin M. Monahan, the undersigned, certify that I served or caused to be served on September 4, 2025 a copy of the Order to Pay Trustee Pursuant to Wage Attachment of Debtor and the Notification of Debtor's Social Security Number, by first-class mail, postage pre-paid, or as shown below on the following:

**SERVICE BY:  ECF:**

Ronda J. Winnecour, Esquire
cmecf@chapter13trusteewdpa.com

**SERVICE BY: FIRST CLASS MAIL:**

ERIE INDEMNITY COMPANY           Maximino Peiz
ATTN: PAYROLL DEPARTMENT      1217 Ash Street
100 Erie Insurance Place              Lake City, PA 16423
Erie, PA 16530-0001

                      **MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP**

            By:  /s/ *Kevin M. Monahan*
                  Kevin M. Monahan, Esquire
                  300 State Street, Suite 300
                  Erie, PA  16507
                  (814) 456-5301
                  PA I.D. #41246
                  kmonahan@marshlaw.com