**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Case No. 25-10390-JCM |
| | ) | |
| MAXIMINO PEIZ | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| MAXIMINO PEIZ, | ) | |
| Movant | ) | Related Document No.: 34 & 35 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIE INDEMNITY COMPANY | ) | |

**CERTIFICATE OF SERVICE**

    I, Kevin M. Monahan, the undersigned, certify that I served or caused to be served on October 20, 2025, a copy of the Order to Pay Trustee Pursuant to Wage Attachment of Debtor and the Notification of Debtor's Social Security Number, by first-class mail, postage pre-paid, or as shown below on the following:

**SERVICE BY: ECF:**

Ronda J. Winnecour, Esquire
cmecf@chapter13trusteewdpa.com

**SERVICE BY: FIRST CLASS MAIL:**

ERIE INDEMNITY COMPANY      Maximino Peiz
ATTN: PAYROLL DEPARTMENT      1217 Ash Street
100 Erie Insurance Place      Lake City, PA 16423
Erie, PA 16530-0001

                                **MARSH SCHAAF, LLP**

                           By: /s/ *Kevin M. Monahan*
                                Kevin M. Monahan, Esquire
                                300 State Street, Suite 300
                                Erie, PA 16507
                                (814) 456-5301
                                PA I.D. #41246
                                kmonahan@marshlaw.com