**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:<br>MAXIMINO PEIZ<br>Debtor | : | Bankruptcy No. 25-10390- CM<br>Chapter 13 |
| MAXIMINO PEIZ<br>Movant | : | Motion No. 1 |
| | : | Related to Document No. 41 and 42 |
| v. | : | |
| RONDA J. WINNECOUR, Trustee,<br>Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER ON**
**MOTION TO TERMINATE WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 4, 2026.

The type of service made on the parties was by regular mail postage prepaid and Via ECF.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

Method of Service: Via ECF:
Ronda J. Winnecour, Esq.
cmecf@chapter13trusteewdpa.com

Method of Service: Regular Mail, Postage Prepaid:

Erie Indemnity Company
100 Erie Insurance Place
Erie, PA 16530-0001

Maximino Peiz
1217 Ash Street
Lake City, PA 16423

**MARSH SCHAAF**

By */s/ Kevin M. Monahan*
Kevin M. Monahan
PA I.D. No. 41246
Attorneys for Debtor
300 State Street, Suite 300
Erie, Pennsylvania 16507
(814) 456-5301
kmonahan@marshlaw.com