**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: MAXIMINO PEIZ, Debtor | : | Bankruptcy No. 25-10390- CM |
| | : | Chapter 13 |
| MAXIMINO PEIZ, Movant | : | Motion No. 1 |
| | : | Related to Document No. 41 |
| v. | : | |
| RONDA J. WINNECOUR, Trustee, Respondent | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

AND NOW, this 3rd day of September, 2026, it is ORDERED that the prior Order to Pay Trustee Pursuant to Wage Attachment in this case is terminated and no further deductions are to be made by Erie Indemnity Company from the paycheck of Maximino Peiz and directed to the Chapter 13 Trustee, unless otherwise ordered by this Court.

BY THE COURT:

jlm
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
9/3/26 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 25-10390-JCM
Maximino Peiz Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 1
Date Rcvd: Sep 03, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Maximino Peiz, 1217 Ash Street, Lake City, PA 16423-2501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Kevin M. Monahan | on behalf of Debtor Maximino Peiz kmonahan@marshspaeder.com tsapper@marshspaeder.com;r48049@notify.bestcase.com;dgeniesse@marshlaw.com;dgeniesse@marshschaaf.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4